IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EUNICE ALLEN-MURPHY,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-1494** |
| | : | |
| **GYMONE MURPHY,** | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 7th day of January , 2026, upon consideration of Plaintiff Eunice Allen-Murphy's *pro se* Second Amended Complaint (ECF No. 14) and Third Amended Complaint (ECF No. 15), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to restrict access to the Amended Complaint (ECF No. 10) and the Second Amended Complaint (ECF No. 14) to public terminal users only[1] because the documents contain Personally Identifiable Information. Pursuant to this Court's Local Rule 5.1.3., "[a]s documents in civil cases are publicly viewable (unless filed under seal), personal identifiers such as Social Security numbers, dates of birth, financial account numbers and names of minor children must be modified or partially redacted in all documents filed electronically or in paper." Allen-Murphy should be aware that documents filed in this Court are public and not private.

2. The Clerk of Court is **DIRECTED** to **STRIKE** the Third Amended Complaint (ECF No. 15) as unauthorized.

---

[1] This designation limits viewing of the documents electronically on ECF to court users, case participants, and those using the court computer in the Clerk's Office.

2

3. The Second Amended Complaint (ECF No. 14) is **DISMISSED WITH PREJUDICE** in its entirety for the reasons stated in this Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____
**HON. MIA R. PEREZ**
